UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

|  |  |  |
|---|---|---|
| STEPHEN J. PHELAN, and JONATHAN and JACLYN DZEDZY, individually and on behalf of others similarly situated, | x : : : | |
| Plaintiffs, | : : : | |
| v. | : : | Case No. 08-cv-4287 |
| TITLE INSURANCE RATE SERVICE ASSOCIATION, INC., *et al.*, | : : : | |
| Defendants. | : x | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## <u>RULE 7.1 DISCLOSURE STATEMENT</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Title Insurance

Rate Service Association, Inc. ("TIRSA") hereby certifies that it is a New York not-for-profit

corporation.  Defendant has no corporate parents, affiliates and/or subsidiaries that are publicly

held.


Dated: New York, New York
June 4, 2008

GIBSON, DUNN & CRUTCHER LLP
By:  _s/ John A. Herfort_____
    John A. Herfort
    James L. Hallowell


200 Park Avenue
New York, New York 10166-0193
Phone: (212) 351-4000
Fax: (212) 351-4035
jherfort@gibsondunn.com
jhallowell@gibsondunn.com

Attorneys for Defendant
Title Insurance Rate Service Association, Inc.