UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
STEPHEN J. PHELAN, and JONATHAN and
JACLYN DZEDZY, individually and on behalf of
others similarly situated,

    Plaintiffs,

  v.

TITLE INSURANCE RATE SERVICE
ASSOCIATION INC., *et al.*,
    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 08-cv-4287

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that James L. Hallowell, a partner with the law firm of Gibson, Dunn & Crutcher LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendant Title Insurance Rate Service Association, Inc. ("TIRSA") in this action and requests that all subsequent papers be served upon him at the address indicated below.

Please add the following to the service list for this proceeding:

  James L. Hallowell, Esq. (jhallowell@gibsondunn.com)
  GIBSON, DUNN & CRUTCHER LLP
  200 Park Avenue
  New York, NY 10166
  (212) 351-3804 (Telephone)
  (212) 351-5266 (Facsimile)

2

Dated: New York, New York
       June 4, 2008

                                            GIBSON, DUNN & CRUTCHER LLP

                                            By: s/ James L. Hallowell

                                            James L. Hallowell
                                            200 Park Avenue, 47th Floor
                                            New York, New York 10166-0193
                                            Telephone: (212) 351-4000
                                            Facsimile: (212) 351-4035
                                            jhallowell@gibsondunn.com

                                            Attorney for Defendant
                                            Title Insurance Rate Service Association, Inc.