UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| STEPHEN J. PHELAN, and JONATHAN and JACLYN DZEDZY, individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>TITLE INSURANCE RATE SERVICE ASSOCIATION, INC., *et al.*,<br><br>        Defendants. | Case No. 08-cv-4287 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Oliver M. Olanoff, an associate with the law firm of Gibson, Dunn & Crutcher LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendant Title Insurance Rate Service Association, Inc. ("TIRSA") in this action and requests that all subsequent papers be served upon him at the address indicated below.

Please add the following to the service list for this proceeding:

    Oliver M. Olanoff, Esq. (oolanoff@gibsondunn.com)
    GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
    New York, NY 10166
    (212) 351-3823 (Telephone)
    (212) 351-6292 (Facsimile)

Dated: New York, New York
June 4, 2008

GIBSON, DUNN & CRUTCHER LLP

By: s/ Oliver M. Olanoff

Oliver M. Olanoff
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
oolanoff@gibsondunn.com

Attorney for Defendant
Title Insurance Rate Service Association, Inc.