UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
STEPHEN J. PHELAN, and JONATHAN and : 
JACLYN DZEDZY, individually and on behalf of :
others similarly situated, :
: 
               Plaintiffs, :
:   Case No. 08-cv-4287
   v. :
:
TITLE INSURANCE RATE SERVICE :
ASSOCIATION, INC., *et al*., :
               Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Daniel J. Chirlin, an associate with the law firm of

Gibson, Dunn & Crutcher LLP, duly admitted to the Bar of this Court, hereby appears as counsel

for Defendant Title Insurance Rate Service Association, Inc. ("TIRSA") in this action and

requests that all subsequent papers be served upon him at the address indicated below.

    Please add the following to the service list for this proceeding:

        Daniel J. Chirlin, Esq. (dchirlin@gibsondunn.com)
        GIBSON, DUNN & CRUTCHER LLP
        200 Park Avenue
        New York, NY 10166
        (212) 351-3850 (Telephone)
        (212) 351-6350 (Facsimile)

Dated: New York, New York
June 4, 2008

                                                GIBSON, DUNN & CRUTCHER LLP

                                                By: s/ Daniel J. Chirlin

Daniel J. Chirlin
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
dchirlin@gibsondunn.com

Attorney for Defendant
Title Insurance Rate Service Association, Inc.

2