UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
STEPHEN J. PHELAN, *et al.*,

        Plaintiffs,

   v.                                    Case No. 08 Civ. 4287 (KMK)

TITLE INSURANCE RATE SERVICE
ASSOCIATION, INC., *et al.*,

        Defendants.
-----------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Barry R. Ostrager, a member of the law firm of Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendants Fidelity National Financial, Inc., Fidelity National Title Group, Inc., Chicago Title and Trust Company, Fidelity National Title Insurance Company, Chicago Title Insurance Company, Ticor Title Insurance Company, and Ticor Title Insurance Company of Florida in this action and requests that all subsequent papers be served upon him at the address indicated below.

Please add the following to the service list for this proceeding:

    Barry R. Ostrager, Esq. (bostrager@stblaw.com)
    SIMPSON THACHER & BARTLETT LLP
    425 Lexington Avenue
    New York, New York 10017-3954
    (212) 455-2000 (Telephone)
    (212) 455-2502 (Facsimile)

Dated: New York, New York
       June 11, 2008

                              SIMPSON THACHER & BARTLETT LLP

                              By: /s/ Barry R. Ostrager

                              Barry R. Ostrager
                              425 Lexington Avenue
                              New York, New York 10017-3954
                              Telephone: (212) 455-2000
                              Facsimile: (212) 455-2502
                              bostrager@stblaw.com

*Attorney for Defendants Fidelity National Financial, Inc., Fidelity National Title Group, Inc., Chicago Title and Trust Company, Fidelity National Title Insurance Company, Chicago Title Insurance Company, Ticor Title Insurance Company, and Ticor Title Insurance Company of Florida*

2