UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
STEPHEN J. PHELAN, *et al.*,

               Plaintiffs,

    v.                                      Case No. 08 Civ. 4287 (KMK)

TITLE INSURANCE RATE SERVICE
ASSOCIATION, INC., *et al.*,

               Defendants.
-----------------------------------------------------------------x

## **RULE 7.1 DISCLOSURE STATEMENT**

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants Fidelity National Financial, Inc., Fidelity National Title Group, Inc., Chicago Title and Trust Company, Fidelity National Title Insurance Company, Chicago Title Insurance Company, Ticor Title Insurance Company, and Ticor Title Insurance Company of Florida (collectively, the "Fidelity Defendants") in the above-captioned action identifies, with respect to the Fidelity Defendants, any parent corporation and/or any publicly held corporation owning 10% or more of its stock:

- Fidelity National Financial, Inc. is a publicly traded corporation. No publicly held corporation owns 10% or more of Fidelity National Financial, Inc.'s stock.

- Fidelity National Financial, Inc. is the parent corporation of the wholly-owned subsidiary Fidelity National Title Group, Inc.

- Fidelity National Title Group, Inc. is the parent corporation of the wholly-owned subsidiary Chicago Title and Trust Company.

- Chicago Title and Trust Company is the parent corporation of the following wholly-owned subsidiaries: Fidelity National Title Insurance Company, Ticor Title Insurance Company, and Chicago Title Insurance Company. Chicago Title Insurance Company is the parent corporation of Ticor Title Insurance Company of Florida, a wholly owned subsidiary.

Dated: New York, New York
       June 11, 2008

                          Respectfully submitted,

                          By: /s/ Barry R. Ostrager
                          Barry R. Ostrager
                          Kevin J. Arquit
                          Patrick T. Shilling
                          SIMPSON THACHER & BARTLETT LLP
                          425 Lexington Avenue
                          New York, New York 10017-3954
                          Telephone: (212) 455-2000
                          Facsimile: (212) 455-2502
                          bostrager@stblaw.com
                          karquit@stblaw.com
                          pshilling@stblaw.com

                          *Attorneys for Defendants Fidelity National Financial, Inc., Fidelity National Title Group, Inc., Chicago Title and Trust Company, Fidelity National Title Insurance Company, Chicago Title Insurance Company, Ticor Title Insurance Company, and Ticor Title Insurance Company of Florida*