UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
STEPHEN J. PHELAN, *et al.*,

        Plaintiffs,

  v.                                          Case No. 08 Civ. 4287 (KMK)

TITLE INSURANCE RATE SERVICE
ASSOCIATION, INC., *et al.*,

        Defendants.
----------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Patrick T. Shilling, an associate with the law firm of Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendants Fidelity National Financial, Inc., Fidelity National Title Group, Inc., Chicago Title and Trust Company, Fidelity National Title Insurance Company, Chicago Title Insurance Company, Ticor Title Insurance Company, and Ticor Title Insurance Company of Florida in this action and requests that all subsequent papers be served upon him at the address indicated below.

    Please add the following to the service list for this proceeding:

        Patrick T. Shilling, Esq. (pshilling@stblaw.com)
        SIMPSON THACHER & BARTLETT LLP
        425 Lexington Avenue
        New York, New York 10017-3954
        (212) 455-2000 (Telephone)
        (212) 455-2502 (Facsimile)

Dated: New York, New York
June 11, 2008

                    SIMPSON THACHER & BARTLETT LLP

                    By: /s/ Patrick T. Shilling

                    Patrick T. Shilling
                    425 Lexington Avenue
                    New York, New York 10017-3954
                    Telephone: (212) 455-2000
                    Facsimile: (212) 455-2502
                    pshilling@stblaw.com

*Attorney for Defendants Fidelity National Financial, Inc., Fidelity National Title Group, Inc., Chicago Title and Trust Company, Fidelity National Title Insurance Company, Chicago Title Insurance Company, Ticor Title Insurance Company, and Ticor Title Insurance Company of Florida*