UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

-----------------------------------------------------------x
STEPHEN J. PHELAN, *et al.*,

        Plaintiffs,

v.

TITLE INSURANCE RATE SERVICE
ASSOCIATION, INC., *et al.*,

        Defendants.
-----------------------------------------------------------x

Case No. 08 Civ. 4287 (KMK)

**STIPULATION EXTENDING DEADLINE TO RESPOND TO THE COMPLAINT AND STAYING ALL PROCEEDINGS PENDING DETERMINATION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION OF MOTION FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

        IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendants, in the above-captioned action, through their undersigned counsel, as follows:

        1)      The undersigned attorneys for Defendants shall accept service of the Complaint in the above-captioned action on behalf of those Defendants listed below each attorney's respective signature block.

        2)      All proceedings in the above-captioned action shall be stayed until the Judicial Panel on Multidistrict Litigation determines the pending Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings filed in *In re Title Insurance Real Estate Settlement Procedures Act (RESPA) and Antitrust Litigation*, MDL No. 1951 (the "MDL Motion"). The stay of all proceedings is conditioned upon (1) the inclusion of a similar stay of proceedings in any stipulations filed after the date of this stipulation in any

action that is the subject of the MDL Motion, or (2) a request for the Court in any such action to enter a stay of all proceedings.

3) Defendants shall not be obligated to answer, move against, or otherwise respond to the Complaint in the above-captioned action until 45 days after the later of: (1) this Court determines whether the above-captioned action shall be consolidated with all other actions purportedly involving common questions of law or fact, (2) the filing of a consolidated complaint, or (3) the Judicial Panel on Multidistrict Litigation determines the pending MDL Motion (the "Response Date").

4) Plaintiffs shall not be obligated to oppose any motion to dismiss by any Defendant until 60 days after the Response Date.

5) Defendants shall have 30 days to reply to Plaintiffs' opposition to any motion to dismiss.

6) Nothing in this stipulation shall be construed as a waiver of any party's right to seek or oppose transfer, coordination and/or consolidation of this action with any other action.

7) By entering into this stipulation, Defendants do not waive any defenses based on subject matter or personal jurisdiction, improper venue, or failure to state a claim upon which relief can be granted and no party waives any other rights that they have.

8) This stipulation may be executed in counterparts, including by signature transmitted by facsimile.

Dated: New York, New York
June 2, 2008

        SIMPSON THACHER & BARTLETT LLP

        By: ___/s/ Kevin J. Arquit___
        Barry R. Ostrager
        Kevin J. Arquit
        Patrick T. Shilling
        425 Lexington Avenue
        New York, New York 10017-3954
        Telephone: (212) 455-2000
        Facsimile: (212) 455-2502
        bostrager@stblaw.com
        karquit@stblaw.com
        pshilling@stblaw.com

*Attorneys for Defendants Fidelity National Financial, Inc., Fidelity National Title Group, Inc., Chicago Title and Trust Company, Fidelity National Title Insurance Company, Chicago Title Insurance Company, Ticor Title Insurance Company, and Ticor Title Insurance Company of Florida*


        FARUQI & FARUQI, LLP

        By: ___/s/___
        Antonio Vozzolo
        369 Lexington Avenue, 10th Floor
        New York, New York 10017
        Telephone: (212) 983-9300
        Facsimile: (212) 983-9331
        avozzolo@faruqilaw.com

*Attorneys for Plaintiffs Steven J. Phelan, Jonathan Dzedzy, and Jaclyn Dzedzy*

FULBRIGHT & JAWORSKI L.L.P.

By: _____
Mark A. Robertson
666 Fifth Avenue
New York, New York 10103
Telephone: 212-318-3304
Telecopier: 212-318-3400
mrobertson@fulbright.com

*Attorneys for Defendants Stewart Information Services Corporation, Stewart Title Insurance Company, Monroe Title Insurance Corporation, Stewart Title Guaranty Company, and National Land Title Insurance Company*


GIBSON, DUNN & CRUTCHER LLP


By: _____
John A. Herfort
James L. Hallowell
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
jherfort@gibsondunn.com
jhallowell@gibsondunn.com

*Attorneys for Title Insurance Rate Service Association, Inc.*

4

FULBRIGHT & JAWORSKI L.L.P.


By: _____
Mark A. Robertson
666 Fifth Avenue
New York, New York 10103
Telephone: 212-318-3304
Telecopier: 212-318-3400
mrobertson@fulbright.com

*Attorneys for Defendants Stewart Information
Services Corporation, Stewart Title Insurance
Company, Monroe Title Insurance Corporation,
Stewart Title Guaranty Company, and National
Land Title Insurance Company*


GIBSON, DUNN & CRUTCHER LLP

By: _____
John A. Herfort
James L. Hallowell
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
jherfort@gibsondunn.com
jhallowell@gibsondunn.com

*Attorneys for Title Insurance Rate Service
Association, Inc.*

GREENBERG TRAURIG, LLP

By: /s/ James I. Serota
James I. Serota
Kenneth Lapatine
Stephen L. Saxl
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
serotaj@gtlaw.com
lapatinek@gtlaw.com
saxls@gtlaw.com

*Attorneys for Defendants The First American Corporation, First American Title Insurance Company of New York, and United General Title Insurance Company*

SUTHERLAND ASBILL & BRENNAN LLP

By: /s/ David R. Langlois
David R. Langlois
1114 Avenue of the Americas, 40th Floor
New York, New York 10036
Telephone: (212) 389-5000
Facsimile: (212) 389-5099
charles.locke@sablaw.com

*Attorneys for Defendants LandAmerica Financial Group, Inc., Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, Commonwealth Land Title Insurance Company of New Jersey, and Transnation Title Insurance Company*

LOCKE LORD BISSELL & LIDDELL LLP

By: _____
David G. Greene
Kevin J. Walsh
885 Third Avenue, 26th Fl.
New York, New York 10022
Telephone: (212) 947-4700
Facsimile: (212) 947-1202
dgreene@lockelord.com
kwalsh@lockelord.com

*Attorneys for Defendants Old Republic International Corporation, Old Republic National Title Insurance Company, and American Guaranty Title Insurance Company*

SO ORDERED:

/s/ Kenneth M. Karas        Dated: 6/13/08
The Honorable Kenneth M. Karas
United States District Judge

6

SUTHERLAND ASBILL & BRENNAN LLP

By: _____
Charles T. Locke
1114 Avenue of the Americas, 40th Floor
New York, New York 10036
Telephone: (212) 389-5000
Facsimile: (212) 389-5099
charles.locke@sablaw.com

*Attorneys for Defendants LandAmerica Financial Group, Inc., Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, Commonwealth Land Title Insurance Company of New Jersey, and Transnation Title Insurance Company*

LOCKE LORD BISSELL & LIDDELL LLP

By: _/s/ David G. Greene_____
David G. Greene
Kevin J. Walsh
885 Third Avenue, 26th Fl.
New York, New York 10022
Telephone: (212) 947-4700
Facsimile: (212) 947-1202
dgreene@lockelord.com
kwalsh@lockelord.com

*Attorneys for Defendants Old Republic International Corporation, Old Republic National Title Insurance Company, and American Guaranty Title Insurance Company*

SO ORDERED:

_____   Dated: 6/13/08
The Honorable Kenneth M. Karas
United States District Judge

6