IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN J. PHELAN and JONATHAN and JACLYN DZEDZY, individually and on behalf of others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>TITLE INSURANCE RATE SERVICE ASSOCIATION, INC., *et al.*<br><br>Defendants. | No. 08-cv-4287<br><br>**NOTICE OF APPEARANCE** |

TO: THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please take notice that Locke Lord Bissell & Liddell LLP hereby appears as attorneys for Defendants Old Republic National Title Insurance Company, American Guaranty Title Insurance Company and Old Republic International Corporation in this matter.

The below signatory certifies that he is admitted to practice in this Court.

Dated:   New York, New York
         July 1, 2008

                                                         _____
                                                         DAVID G. GREENE (DG - 4163)
                                                         LOCKE LORD BISSELL & LIDDELL LLP
                                                         Attorneys For Defendants
                                                         Old Republic National Title Insurance Co.,
                                                         American Guaranty Title Insurance Co. and
                                                         Old Republic International Co.
                                                         885 Third Avenue, 26th Floor
                                                         New York, NY  10022
                                                         212.947.4700