IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN J. PHELAN and JONATHAN and JACLYN DZEDZY, individually and on behalf of others similarly situated<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>TITLE INSURANCE RATE SERVICE ASSOCIATION, INC., *et al.*<br><br>　　　　　　　　Defendants. | No. 08-cv-4287<br><br>**FED R. CIV P. 7.1**<br>**Corporate Disclosure Statement** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendants Old Republic National Title Insurance Company, American Guaranty Title Insurance Company, and Old Republic International Corporation by their undersigned attorneys, Locke Lord Bissell & Liddell LLP, state that:

1. **Old Republic National Title Insurance Company** is 100% owned by Old Republic National Title Holding Company. Neither company is publicly traded.

2. **American Guaranty Title Insurance Company** is 100% owned by American Guaranty Holding Corp. Neither company is publicly traded.

3. **Old Republic International Corporation** is publicly traded on the New York Stock Exchange and is the ultimate parent of both Old Republic National Title Insurance Company and American Guaranty Title Insurance Company, through a number of wholly owned subsidiaries, none of which are publicly traded.

Dated:  New York, New York
        July 1, 2008

                                                              _____
                                                               DAVID G. GREENE (DG - 4163)
                                                               LOCKE LORD BISSELL & LIDDELL LLP
                                                               Attorneys For Defendants
                                                              Old Republic National Title Insurance Co.,
                                                              American Guaranty Title Insurance Co. and
                                                              Old Republic International Co.
                                                              885 Third Avenue, 26th Floor
                                                              New York, NY  10022
                                                              212.947.4700