IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN J. PHELAN and JONATHAN and JACLYN DZEDZY, individually and on behalf of others similarly situated<br><br>      Plaintiff,<br><br>vs.<br><br>TITLE INSURANCE RATE SERVICE ASSOCIATION, INC., *et al.*<br><br>      Defendants. | No. 08-cv-4287 |

## NOTICE OF VOLUNTARY DISMISSAL OF AMERICAN GUARANTY TITLE INSURANCE COMPANY

PLAINTIFFS HEREBY DISMISS defendant American Guaranty Title Insurance Company ("AGTIC") pursuant to Fed. R. Civ. P. 41 (a)(1)(i). AGTIC has not served an answer, or otherwise moved in lieu of filing an answer, in the above captioned matter; therefore, plaintiffs' claims against AGTIC will be dismissed without order of this Court, upon filing of this notice of dismissal.

Dated: New York, New York
    June 25, 2008

                        _____
                         ANTONIO VOZZOLO
                         FARUQI & FARUQI, LLP
                         369 Lexington Avenue, 10th Floor
                         New York, New York 10017
                         Tel: (212) 983-9330
                         Fax: (212) 983-9331