*Karas, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
STEPHEN PHELAN and JONATHAN and :
JACLYN DZEDZY of themselves and those :
similarly situated, :
 :
                          Plaintiff, : Case No. 08 Civ. 04287-KMK
     v. :
 :
FIDELITY NATIONAL TITLE INSURANCE :
COMPANY, et al., :
                       Defendants. :
-----------------------------------------------------------------x

**VOLUNTARY DISMISSAL**

Notice is hereby given that Plaintiffs, Stephen Phelan and Jonathan and Jaclyn Dzedzy, voluntarily dismiss this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: July 3, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Respectfully Submitted,
FARUQI & FARUQI, LLP

Antonio Vozzolo (AV-8773)
369 Lexington Avenue
Tenth Floor
New York, New York 10017
Telephone: (212) 983-9300
Facsimile: (212) 983-9331
avozzolo@faruqilaw.com

*Attorneys for Plaintiffs, Stephen J. Phelan,
Jonathan Dzedzy and Jaclyn Dzedzy*

2123 / MISC / 00089629.WPD v1

SO ORDERED:     DATED:
_____
U.S.D.J. 7/7/08