UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
STEPHEN PHELAN and JONATHAN and
JACLYN DZEDZY of themselves and those
similarly situated,

                              Plaintiff,

      v.

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, et al.,

                              Defendants.
------------------------------------------------------------x

Case No. 08cv4287(KMK)

## VOLUNTARY DISMISSAL

Notice is hereby given that Plaintiffs, Stephen Phelan and Jonathan and Jaclyn Dzedzy, voluntarily dismiss this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: July 3, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Respectfully Submitted,
FARUQI & FARUQI, LLP

_____
Antonio Vozzolo (AV-8773)
369 Lexington Avenue
Tenth Floor
New York, New York 10017
Telephone: (212) 983-9300
Facsimile: (212) 983-9331
avozzolo@faruqilaw.com

*Attorneys for Plaintiffs, Stephen J. Phelan,
Jonathan Dzedzy and Jaclyn Dzedzy*

So ORDERED:   DATED:
_____
U.S.D.J.  7/7/08

2123 / MISC / 00089629.WPD v1